UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 08-22819-CIV-LENARD
                              MAGISTRATE JUDGE P.A. WHITE

JOSE A. JIMINEZ,                 :

        Plaintiff,               :

v.                               :        REPORT RE TRANSFER
                                          TO CORRECT VENUE
DEPARTMENT OF CORRECTIONS,       :

        Defendant(s).            :
_____

        Jose A. Jiminez, a state prisoner, has filed a pro se civil rights complaint alleging claims which arose out of conditions or events at Calhoun Correctional Institution, an institution located in Blountstown, Florida, in the Northern District.

        The appropriate venue provision in this case is 28 U.S.C. §1391(b).  Clark v. Harp, 737 F.Supp. 676 (D. D.C. 1990); Harley v. Oliver, 400 F.Supp. 105 (W.D. Ark. 1975).  That section provides in relevant part that a case not based on diversity of citizenship should be brought in the judicial district where any defendant resides or where a substantial part of the events or omissions giving rise to the claim occurred or a substantial part of property that is the subject of the action is situated.

        The petitioner is confined in Calhoun County and his allegations arise from his place of confinement, in the Northern

District of Florida. This case has no connection with the Southern District of Florida, and it is therefore recommended that the Clerk be directed to transfer it to the United States District Court for the Northern District of Florida, pursuant to 28 U.S.C. §1406(a).

Dated this 17th day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  Lucy Lara, Court Assignments Clerk

    Jose A. Jimenez, Pro Se
    DC#143315
    Calhoun Correctional Institution
    Address of Record